The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　　Defendant. | Case No. C08-1144 JCC<br><br>DECLARATION OF<br>JOYCE L. THOMAS |

I, Joyce L. Thomas, declare and state as follows based on my personal knowledge:

1. I am one of plaintiff Victor Washington's former attorneys.

2. I first represented Mr. Washington in 2006 regarding a separate employment matter. In that matter, I represented Mr. Washington on an hourly basis.

3. Mr. Washington first consulted me regarding his employment with Starbucks Corporation in January 2007.

4. In May 2007, Mr. Washington officially retained me to represent him in connection with his employment-related claims regarding Starbucks. On May 15, 2007, I sent Mr. Washington a Limited Duration Hourly Fee Agreement. A true and

DECLARATION OF JOYCE L. THOMAS- 1
(Case No. C08-1144 JCC)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

correct copy of that agreement, my accompanying correspondence, and RPC 1.2, 1.3, 1.4, 1.5, 1.6, 1.7 and 1.15 are attached hereto as Exhibit A. Under the agreement, I agreed to provide advice and counsel and to attempt to negotiate an acceptable transfer or separation package for Mr. Washington. Mr. Washington agreed to pay for these legal services on an hourly basis and to reimburse the firm for all costs incurred in the matter. My hourly rate at the time, as stated in the fee agreement, was $350 per hour.

5. Mr. Washington agreed to these terms and signed the fee agreement on May 15, 2007. A true and correct copy of the fully executed fee agreement is attached hereto as Exhibit B.

6. From May 2007 until May 2008, I worked to negotiate an acceptable resolution of Mr. Washington's claims against Starbucks. Those efforts were ultimately unsuccessful.

7. In July 2008, Mr. Washington decided to go forward with litigation and authorized the firm to file this lawsuit. The lawsuit was filed on July 31, 2008.

8. I continued representing Mr. Washington in litigation on an hourly basis. I continued to bill Mr. Washington at my January 2007 hourly rate of $350 per hour for all of my legal services.

9. From January 2007 through June 2009, Mr. Washington received detailed monthly billing statements from our firm reflecting the attorney hours spent on his case that month and the amount of money he owed for attorney's fees and costs. Until he terminated the representation, Mr. Washington paid those hourly bills regularly and promptly without raising any questions or concerns regarding the fees he was charged or his ability to pay them. The end of each invoice reflects account

DECLARATION OF JOYCE L. THOMAS- 2
(Case No. C08-1144 JCC)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

credits and payments received each month.

10. Copies of each of Mr. Washington's monthly invoices from January 2007 until June 2009 are attached hereto as Exhibit C. Mr. Washington's original billing records contain entries that identify some of his medical providers and his previous employer. In order to protect Mr. Washington's medical privacy and fully comply with the protective order entered in this case, I have redacted the medical providers' names from Exhibit C. I have also redacted the name of his previous employer in order to fully comply with the confidentiality provisions of the settlement agreement between Mr. Washington and that employer. I will gladly provide the Court with the redacted information in Exhibit C if it directs me to do so.

11. The last payment Mr. Washington made to his account was on April 1, 2009, when he paid $8,000.00 toward the $13,310.05 balance that was due at that time. *See* Exhibit C at 72.

12. At no time did I agree or did my law firm agree to represent Mr. Washington in this litigation on a contingent basis. Nor did I ever agree either orally or in writing to convert representation from an hourly to a contingent fee basis.

13. My law firm has never entered into an oral contingent fee agreement with Mr. Washington or any other client.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

July 10, 2009
Dated

Joyce L. Thomas

DECLARATION OF JOYCE L. THOMAS- 3
(Case No. C08-1144 JCC)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on July 10, 2009, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jeffrey A. Hollingsworth
>Chelsea D. Petersen
>William B. Stafford
>Perkins Coie LLP
>1201 Third Avenue, Suite 4800
>Seattle, WA 98101-3099
>Email: JHollingsworth@perkinscoie.com
>         WStafford@perkinscoie.com
>         CDPetersen@perkinscoie.com

>Margaret M. Boyle
>Themis Litigation Group
>1823 10th Ave W
>Seattle, WA 98119-2947
>Email: margaret@tlgwa.com

>Michael R. Caryl
>18 W Mercer St Ste 400
>Seattle, WA 98119-3971
>Email: michaelc@michaelcaryl.com

Dated: July 10, 2009                    /s/ Jill Potter
                                        JILL POTTER

DECLARATION OF JOYCE L. THOMAS- 4
(Case No. C08-1144 JCC)

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

