# Exhibit C

**FRANK FREED SUBIT & THOMAS, LLP**
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

January 31, 2007

Victor Washington                                                           Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 01/16/07 | JLT | Prepare for consultation with client by reviewing and analyzing client's e-mailed timeline document; initial consultation. | 1.00 | 350.00 |
| 01/30/07 | JLT | Review and respond to e-mail from client. | 0.10 | No Charge |
|  |  | Total Professional Services | 1.10 | $   350.00 |
| TOTAL NEW CHARGES |  |  |  | $   350.00 |
| PAYMENTS AND CREDITS |  |  |  |  |
| 01/16/07 | | Payment Received - Thank You |  | -350.00 |
|  |  | Total Payments and Credits |  | $  -350.00 |

SUMMARY OF ACCOUNT

| Balance Forward | $     0.00 |
|---|---|
| Total New Charges | 350.00 |
| Payments and Credits | -350.00 |
| **\*\*\* PLEASE PAY THIS AMOUNT \*\*** | **$     0.00** |

Your Account is Paid in Full - Thank You

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


March 31, 2007


Victor Washington                                            Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 03/15/07 | JLT | Telephone conference with client; prepare notes to file. | 0.70 | 245.00 |
| 03/15/07 | JLT | Review e-mail from client; telephone call to client; prepare e-mail to client; review and analyze e-mail and attachment from client. | 0.20 | 70.00 |
|  |  | Total Professional Services | 0.90 | $  315.00 |

TOTAL NEW CHARGES                                                         $  315.00

SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $    0.00 |
| Total New Charges | 315.00 |
| Payments and Credits | 0.00 |
| *** **PLEASE PAY THIS AMOUNT** ** | **$   315.00** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
        WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


April 30, 2007


Victor Washington                                              Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                           $    315.00

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/16/07 | JLT | Telephone conference with client; prepare notes to file; review e-mail from Trisha Berard. | 0.70 | 245.00 |
| 04/16/07 | JLT | Prepare e-mail to client. | 0.10 | 35.00 |
| 04/17/07 | JLT | Review e-mails from client; prepare e-mail to client. | 0.20 | 70.00 |
| 04/18/07 | JLT | Telephone conference with client; prepare notes to file. | 0.30 | 105.00 |
| 04/18/07 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |
| 04/23/07 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |
| 04/30/07 | JLT | Review and analyze e-mail from client; telephone call to client. | 0.10 | 35.00 |
| | | Total Professional Services | 1.60 | $    560.00 |

TOTAL NEW CHARGES                                              $    560.00

PAYMENTS AND CREDITS

| | | |
|---|---|---|
| 04/12/07 | Payment Received - Thank You | -315.00 |
| | Total Payments and Credits | $   -315.00 |

Page 2
April 30, 2007
Victor Washington
General

## SUMMARY OF ACCOUNT

| | |
|---|---:|
| Balance Forward | $  315.00 |
| Total New Charges | 560.00 |
| Payments and Credits | -315.00 |
| **\*\*\* PLEASE PAY THIS AMOUNT \*\*** | **$   560.00** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

## FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

May 31, 2007

Victor Washington                                              Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                              $   560.00

Professional Services

|            |     |                                                                                                                        | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 05/01/07   | JLT | Review voice mail from client; phone conference with client; prepare notes to file.                                    | 0.40  | 140.00 |
| 05/02/07   | JLT | Review e-mail and attachment from client.                                                                              | 0.10  | 35.00  |
| 05/08/07   | JLT | Review e-mail and attachment from client; prepare e-mail to client.                                                    | 0.10  | 35.00  |
| 05/08/07   | JLT | Telephone conference with client; prepare notes to file.                                                               | 0.40  | 140.00 |
| 05/09/07   | JLT | Telephone conference with client; prepare notes to file.                                                               | 0.30  | 105.00 |
| 05/14/07   | JLT | Review facsimile from client; phone conference with client; prepare notes to client.                                   | 1.10  | 385.00 |
| 05/14/07   | JLT | Prepare correspondence and retainer agreement to client.                                                               | 0.20  | No Charge |
| 05/15/07   | JLT | Edit correspondence and retainer agreement.                                                                            | 0.20  | No Charge |
| 05/15/07   | JLT | Telephone conference with client; prepare notes to file; review and analyze e-mails and attachments from clients; telephone call to client. | 0.70  | 245.00 |
| 05/16/07   | JLT | Review and respond to client's e-mail; phone conference with client; prepare notes to file; review e-mail from client. | 0.40  | 140.00 |
| 05/16/07   | JLT | Document review and analysis; prepare e-mail to Dotcy Isom of Starbucks; phone conference with client; edit            | 1.30  | 455.00 |

Page 2
May 31, 2007
Victor Washington
General

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | e-mail to Dotcy Isom. |  |  |
| 05/16/07 | JLT | Telephone call to client. | 0.10 | No Charge |
| 05/17/07 | JLT | Telephone call to Caitlin Moughon, counsel for Starbucks. | 0.10 | 35.00 |
| 05/17/07 | JLT | Review e-mail from client; respond to e-mail from client; prepare transmittal letter to client. | 0.20 | 70.00 |
| 05/18/07 | JLT | Telephone call to Caitlin Moughon, attorney for Starbucks; phone conference with Ms. Moughon; prepare notes to file; phone conference with client; prepare notes to file. | 0.40 | 140.00 |
| 05/21/07 | JLT | Telephone call to client; phone conference with client (2x); prepare notes to file; phone conference with Caitlin Moughon; prepare notes to file; phone conference with client. | 1.20 | 420.00 |
| 05/22/07 | JLT | Telephone call to Caitlin Moughon; phone conference with client; prepare notes to file. | 0.20 | 70.00 |
| 05/22/07 | JLT | Telephone conference with Caitlin Moughon; prepare notes to file. | 0.10 | 35.00 |
| 05/23/07 | JLT | Review voice mail from Caitlin Moughon; review e-mail from Caitlin Moughon; prepare e-mail to client; phone conference with client; telephone call to Caitlin Moughon. | 0.40 | 140.00 |
| 05/24/07 | JLT | Telephone conference with client; prepare notes to file; phone conference with Caitlin Moughon; prepare notes to file; telephone call to client; phone conference with client; prepare notes to file; telephone call to Caitlin Moughon; prepare notes to file; prepare e-mail to client; review e-mail from client. | 1.90 | 665.00 |
| 05/29/07 | JLT | Telephone conference with client; prepare notes to file. | 0.50 | 175.00 |
| 05/29/07 | JLT | Telephone conference with Caitlin Moughon; prepare notes to file; prepare e-mail to client; telephone call to client. | 0.40 | 140.00 |
| 05/29/07 | JLT | Telephone conference with client (2x); prepare e-mail to | 0.50 | 175.00 |

Page 3
May 31, 2007
Victor Washington
General

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Caitlin Moughon. |  |  |
| 05/30/07 | JLT | Telephone conference with Caitlin Moughon; prepare notes to file; telephone call to client. | 0.30 | 105.00 |
| 05/30/07 | JLT | Prepare correspondence to Caitlin Moughon; edit correspondence; conference with legal assistant; prepare e-mail to client; prepare e-mail to Caitlin Moughon; phone conference with client. | 1.20 | 420.00 |
| 05/30/07 | JLT | Telephone conference with client; prepare notes to file. | 0.60 | 210.00 |
| 05/31/07 | JLT | Telephone conference with client; prepare notes to file. | 0.70 | 245.00 |
|  |  | Total Professional Services | 14.00 | $ 4,725.00 |

Costs and Disbursements

| 05/31/07 | Photocopy Charges |  | 2.55 |
|---|---|---|---|
|  | Total Costs and Disbursements | $ | 2.55 |

TOTAL NEW CHARGES                                                    $ 4,727.55

PAYMENTS AND CREDITS

| 05/17/07 | Payment Received - Thank You | -560.00 |
|---|---|---|
|  | Applied from Retainer to fee charges | -1,497.45 |
|  | Applied from Retainer to cost charges | -2.55 |
|  | Total Payments and Credits | $ -2,060.00 |

SUMMARY OF ACCOUNT

| Balance Forward | $   560.00 |
|---|---|
| Total New Charges | 4,727.55 |
| Payments and Credits | -2,060.00 |
| *** PLEASE PAY THIS AMOUNT ** | $ 3,227.55 |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Page 4
May 31, 2007
Victor Washington
General

Retainer Account

Retainer Balance Forward                                                        $     0.00

05/17/07    Retainer Received                                                1,500.00
05/31/07    Applied from Retainer to fee charges                    -1,497.45
05/31/07    Applied from Retainer to cost charges                        -2.55

New Retainer Account Balance                                            $    -0.00

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
          WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


June 30, 2007


Victor Washington                                                            Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                               $ 3,227.55

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 06/05/07 | JLT | Telephone conference with client (2x); prepare notes to file; review medical note from Dr.    · prepare e-mail to Caitlen Moughon. | 0.60 | 210.00 |
| 06/07/07 | JLT | Prepare e-mail to client; review and respond to client's e-mail; phone conference with client. | 0.20 | 70.00 |
| 06/08/07 | JLT | Prepare e-mail to Caitlin Moughon (2x); phone conference with Caitlin Moughon; prepare notes to file; telephone call to client (home & cell phone); phone conference with client. | 0.60 | 210.00 |
| 06/11/07 | JLT | Review e-mails from client; telephone call to Caitlin Moughon; prepare e-mail to Caitlin Moughon (2x); review e-mail from Caitlin Moughon. | 0.30 | 105.00 |
| 06/13/07 | JLT | Prepare e-mail to client. | 0.10 | No Charge |
| 06/14/07 | JLT | Telephone conference with client; prepare notes to file. | 0.20 | No Charge |
| 06/18/07 | JLT | Review e-mail from client regarding extension of medical leave and response from Trisha Berard. | 0.10 | 35.00 |
| 06/19/07 | JLT | Telephone conference with client; prepare notes to file. | 0.30 | 105.00 |
| 06/20/07 | JLT | Review and analyze STD benefit application packet; review and analyze Family Medical Leave benefits packet from Starbucks; file review and analysis; telephone call to client; prepare notes to file; phone | 0.50 | 175.00 |

Page 2
June 30, 2007
Victor Washington
General

| | | | Hours | Amount |
|---|---|---|---|---|
| | | conference with client. | | |
| 06/21/07 | JLT | Review and analyze revised certification of health care provider form and short term disability attending physicians statement of Dr. | 0.10 | 35.00 |
| 06/22/07 | JLT | Prepare e-mail to client. | 0.10 | 35.00 |
| 06/26/07 | JLT | Review and analyze client's draft application for STD and FMLA; phone conference with client; prepare notes to file. | 0.30 | 105.00 |
| 06/28/07 | JLT | Review and analyze client's completed STD and arbitration of FMLA health care provider forms; phone conference with client; prepare notes to file. | 0.20 | 70.00 |
| | | Total Professional Services | 3.60 | $ 1,155.00 |

TOTAL NEW CHARGES                                                         $ 1,155.00

PAYMENTS AND CREDITS

| 06/20/07 | Payment Received - Thank You | -3,227.55 |
|---|---|---|
| | Total Payments and Credits | $ -3,227.55 |

SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $ 3,227.55 |
| Total New Charges | 1,155.00 |
| Payments and Credits | -3,227.55 |
| *** **PLEASE PAY THIS AMOUNT** ** | **$ 1,155.00** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
            WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


July 31, 2007


Victor Washington                                                          Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                            $ 1,155.00

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 07/05/07 | JLT | Telephone conference with client; prepare notes to file. | 0.10 | 35.00 |
| 07/06/07 | JLT | Review and analyze e-mail from client; telephone call to client. | 0.10 | 35.00 |
| 07/09/07 | JLT | Telephone conference with client; prepare notes to file. | 0.40 | 140.00 |
| 07/09/07 | JLT | Review and respond to client's e-mail (2x). | 0.10 | No Charge |
| 07/10/07 | JLT | Telephone conference with Caitlin Moughon; prepare notes to file; telephone call to client; review e-mail from client (2x); prepare e-mail to Caitlin Moughon; review and respond to client's e-mail. | 0.60 | 210.00 |
| 07/10/07 | JLT | Review e-mail from Caitlin Moughon; prepare e-mail to client. | 0.10 | 35.00 |
| 07/12/07 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |
| 07/12/07 | JLT | Review voice mail from client; review e-mail from client; prepare e-mail to Caitlin Moughon; review and analyze 7/12/07 note from Dr. | 0.30 | 105.00 |
| 07/13/07 | JLT | Review e-mail from Caitlin Moughon; prepare e-mail to client; prepare e-mail to legal assistant; conference with legal assistant. | 0.20 | 70.00 |
| 07/16/07 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |

Page 2
July 31, 2007
Victor Washington
General

| | | | Hours | Amount |
|---|---|---|---|---|
| 07/23/07 | JLT | Review and respond to client's e-mail; review client's e-mail. | 0.10 | 35.00 |
| 07/25/07 | JLT | Review e-mail from client; review e-mail from Dotcy Isom. | 0.10 | 35.00 |
| 07/25/07 | JLT | Telephone conference with client; prepare notes to file. | 0.20 | 70.00 |
| 07/27/07 | JLT | Review and respond to client's e-mail. | 0.10 | No Charge |
| 07/30/07 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |
| 07/31/07 | JLT | Review e-mail from client; review and analyze correspondence from Unum Provident dated 7/26/07; file review and analysis; telephone call to client; phone conference with client; prepare notes to file. | 1.10 | 385.00 |
| | | Total Professional Services | 3.80 | $ 1,260.00 |

Costs and Disbursements

| | | | |
|---|---|---|---|
| 07/31/07 | Photocopy Charges | | 0.30 |
| | Total Costs and Disbursements | $ | 0.30 |

INTEREST CHARGE

Interest charge on past due balance of $1,155.00          $   11.77
Percentage Rate:  12.00 percent
Days in Billing Cycle:  31

TOTAL NEW CHARGES                                           $ 1,272.07

## SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $ 1,155.00 |
| Total New Charges | 1,272.07 |
| Payments and Credits | 0.00 |
| *** **PLEASE PAY THIS AMOUNT** ** | **$ 2,427.07** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Page 3
July 31, 2007
Victor Washington
General

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
             WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

August 31, 2007

Victor Washington                                          Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                              $ 2,427.07

Professional Services

|          |     |                                                                                                              | Hours | Amount |
|----------|-----|--------------------------------------------------------------------------------------------------------------|-------|--------|
| 08/02/07 | JLT | Review e-mail from client and e-mail from Trisha Berard; prepare e-mail to client.                            | 0.10  | 35.00  |
| 08/03/07 | JLT | Telephone conference with client; prepare notes to file.                                                      | 0.20  | 70.00  |
| 08/20/07 | JLT | Review e-mail from client and from Ms. Berard.                                                                | 0.10  | 35.00  |
| 08/21/07 | JLT | Review voice mail from counsel for Starbucks, Shelly Ranus; telephone call to client; telephone call to Shelly Ranus; prepare notes to file. | 0.10  | 35.00  |
| 08/22/07 | JLT | Telephone conference with client; prepare notes to file.                                                      | 0.20  | 70.00  |
| 08/22/07 | JLT | Review voice mail from Shelly Ranus; phone conference with Shelly Ranus; prepare notes to file.               | 0.30  | 105.00 |
| 08/23/07 | JLT | Review e-mail from client; phone conference with client; prepare notes to file.                               | 0.40  | 140.00 |
| 08/28/07 | JLT | Telephone conference with client regarding billing.                                                           | 0.10  | No Charge |
| 08/31/07 | JLT | Telephone conference with client; prepare notes to file.                                                      | 0.30  | 105.00 |
|          |     | Total Professional Services                                                                                   | 1.80  | $  595.00 |

TOTAL NEW CHARGES                                                 $   595.00

Page 2
August 31, 2007
Victor Washington
General

PAYMENTS AND CREDITS

08/02/07    Payment Received - Thank You                                    -2,427.07

             Total Payments and Credits                                $ -2,427.07

SUMMARY OF ACCOUNT

Balance Forward            $  2,427.07
Total New Charges               595.00
Payments and Credits         -2,427.07

*** **PLEASE PAY THIS AMOUNT** **        $   595.00

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
          WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


September 30, 2007


Victor Washington                                                    Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

| | | | | |
|---|---|---|---|---|
| Previous Balance Due | | | | $  595.00 |

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/07 | JLT | Review e-mail from client; respond to client's e-mail. | 0.10 | 35.00 |
| 09/05/07 | JLT | Review and analyze completed Starbucks Disability Leave of Absence Health Care Provider Form dated 9/5/07 by Dr.    '; review e-mail from client; phone conference with client; prepare notes to file. | 0.60 | 210.00 |
| 09/06/07 | JLT | Review and respond to client's e-mail; review and analyze fax received from client. | 0.20 | 70.00 |
| 09/14/07 | JLT | Review and analyze UNUM documents faxed from client; phone conference with client; prepare notes to file. | 0.50 | 175.00 |
| 09/14/07 | JLT | Telephone conference with client; review and respond to client's e-mail. | 0.10 | 35.00 |
| 09/17/07 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |
| 09/18/07 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |
| 09/19/07 | JLT | Review and analyze faxed documents from client; phone conference with client; prepare note to file. | 0.10 | 35.00 |
| 09/20/07 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |
| 09/21/07 | JLT | Review and respond to e-mail from client. | 0.10 | 35.00 |
| 09/24/07 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |

Page 2
September 30, 2007
Victor Washington
General

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/24/07 | JLT | Telephone conference with client; prepare notes to file. | 0.40 | 140.00 |
| 09/25/07 | JLT | Review client's e-mail. | 0.10 | No Charge |
| 09/26/07 | JLT | Prepare e-mail to Shelly Ranus. | 0.10 | 35.00 |
| 09/27/07 | JLT | Review and respond to client's e-mail; review voice mail from client; prepare notes to file; review and analyze LTD plan certificate; review e-mail from Trisha Benard; telephone call to client. | 0.70 | 245.00 |
| 09/28/07 | JLT | Telephone conference with client; prepare notes to file. | 0.40 | 140.00 |
| | | Total Professional Services | 3.80 | $ 1,295.00 |

TOTAL NEW CHARGES                                                                                       $ 1,295.00

PAYMENTS AND CREDITS

| | | | |
|---|---|---|---|
| 09/17/07 | Payment Received - Thank You | | -595.00 |
| | Total Payments and Credits | | $ -595.00 |

### SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $   595.00 |
| Total New Charges | 1,295.00 |
| Payments and Credits | -595.00 |
| **\*\*\* PLEASE PAY THIS AMOUNT \*\*** | **$ 1,295.00** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
          WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

October 31, 2007

Victor Washington                                              Our File: 3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                           $ 1,295.00

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/01/07 | JLT | Review e-mail from Shelly Ranus; prepare e-mail to Shelly Ranus. | 0.10 | 35.00 |
| 10/11/07 | JLT | Telephone conference with client (2x); prepare notes to file; prepare e-mail to Shelly Ranus; review voice mail from client; prepare e-mail to Jim Oswald; review e-mail from Shelly Ranus; respond to e-mail. | 0.70 | 245.00 |
| 10/15/07 | JLT | Prepare e-mail to Shelly Ranus, counsel for Starbucks. | 0.10 | 35.00 |
| 10/16/07 | JLT | Review voice mail from Shelly Ranus; prepare notes to file; telephone call to client; phone conference with client; prepare notes to file; review e-mail from client. | 0.40 | 140.00 |
| 10/16/07 | JLT | Review and analyze correspondence from Jayne Pasqualli of UNUM Provident; prepare e-mail to client; review and respond to client's e-mail. | 0.20 | 70.00 |
| 10/18/07 | JLT | Telephone call to Shelly Ranus. | 0.10 | No Charge |
| 10/19/07 | JLT | Telephone call to client; conference with legal assistant; phone conference with client; telephone call to client. | 0.20 | 70.00 |
| 10/22/07 | JLT | Review e-mail from client; conference with legal assistant; phone conference with client; prepare notes to file. | 0.50 | 175.00 |
| 10/23/07 | JLT | Review and respond to client's e-mail; conference with legal assistant. | 0.10 | 35.00 |

Page 2
October 31, 2007
Victor Washington
General

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/23/07 | JLT | Telephone conference with client; prepare notes to file. | 0.10 | 35.00 |
| 10/24/07 | JLT | Review e-mail from Jim Oswald; review e-mail from client. | 0.10 | 35.00 |
| 10/29/07 | JLT | Review e-mail from Jim Oswald. | 0.10 | No Charge |
| 10/30/07 | JLT | Telephone conference with client; prepare notes to file; review e-mail from client to Trisha Berard; reveiw e-mail from Jim Oswald and attachments. | 0.40 | 140.00 |
| | | Total Professional Services | 3.10 | $ 1,015.00 |

Costs and Disbursements

| | | | |
|---|---|---|---|
| 10/31/07 | Photocopy Charges | | 12.45 |
| | Total Costs and Disbursements | | $   12.45 |

TOTAL NEW CHARGES                                                      $ 1,027.45

PAYMENTS AND CREDITS

| | | | |
|---|---|---|---|
| 10/03/07 | Payment Received - Thank You | | -1,295.00 |
| | Total Payments and Credits | | $ -1,295.00 |

SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $ 1,295.00 |
| Total New Charges | 1,027.45 |
| Payments and Credits | -1,295.00 |
| *** PLEASE PAY THIS AMOUNT ** | $ 1,027.45 |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

November 30, 2007

Victor Washington                                              Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                           $  1,027.45

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/05/07 | JLT | Telephone conference with client; prepare notes to file. | 0.30 | 105.00 |
| 11/06/07 | JLT | Review e-mails from client; prepare e-mail to client (2x); phone conference with client. | 0.20 | 70.00 |
| 11/07/07 | JLT | Telephone conference with client; prepare notes to file. | 0.80 | 280.00 |
| 11/08/07 | JLT | Review and respond to client's e-mail. | 0.10 | No Charge |
| 11/09/07 | JLT | Prepare e-mail to Shelly Ranus with attached medical note. | 0.10 | 35.00 |
| 11/12/07 | JLT | Telephone call to client; review and respond to client's e-mail. | 0.10 | No Charge |
| 11/13/07 | JLT | Telephone conference with client; prepare notes to file. | 0.30 | 105.00 |
| 11/15/07 | JLT | Review e-mail from client. | 0.10 | 35.00 |
| 11/19/07 | JLT | Review and analyze client's medical records. | 2.70 | 945.00 |
| 11/20/07 | JLT | Conference with client; prepare notes to file. | 2.20 | 770.00 |
| 11/27/07 | JLT | Review and respond to client's e-mail phone conference with client; prepare notes to file; review client's e-mail to and from Trisha Berard. | 0.30 | 105.00 |
| 11/28/07 | JLT | Telephone conference with client. | 0.20 | 70.00 |

Page 2
November 30, 2007
Victor Washington
General

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/29/07 | JLT | Telephone conference with          client's therapist; prepare notes to file; review and analyze client's draft of information to EEOC; prepare transmittal information to legal assistant; prepare e-mail to Shelly Ranus; telephone conference with client; prepare e-mail to client. | 1.60 | 560.00 |
| 11/30/07 | JLT | Conference with legal assistant regarding EEOC document completion; edit EEOC document. | 0.60 | 210.00 |
| | | Total Professional Services | 9.60 | $ 3,290.00 |

Costs and Disbursements

| 11/30/07 | Photocopy Charges | | 2.70 |
|---|---|---|---|
| | Total Costs and Disbursements | $ | 2.70 |

TOTAL NEW CHARGES                                                    $ 3,292.70

PAYMENTS AND CREDITS

| 11/07/07 | Payment Received - Thank You | -1,027.45 |
|---|---|---|
| | Total Payments and Credits | $ -1,027.45 |

### SUMMARY OF ACCOUNT

| Balance Forward | $ 1,027.45 |
|---|---|
| Total New Charges | 3,292.70 |
| Payments and Credits | -1,027.45 |
| *** **PLEASE PAY THIS AMOUNT** ** | **$ 3,292.70** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


December 31, 2007


Victor Washington                                                                    Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                          $ 3,292.70

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/03/07 | JLT | Review and analyze e-mail from client; edit client's revisions on EEOC form; conference with legal assistant. | 0.60 | 210.00 |
| 12/04/07 | JLT | Review and analyze e-mail and attachment - EEO form - from client; conference with legal assistant. | 0.20 | 70.00 |
| 12/07/07 | JLT | Telephone conference with client; prepare notes to file; review e-mail from Shelly Ranus; respond to e-mail. | 0.20 | 70.00 |
| 12/10/07 | JLT | Review and respond to client's e-mail. | 0.10 | No Charge |
| 12/11/07 | JLT | Begin drafting correspondence to                review and analyze medical records of Drs. review e-mail from client; phone conference with client; prepare notes to file; prepare e-mail to Shelly Ranus; review and analyze records of            : conference with legal assistant. | 3.80 | 1,330.00 |
| 12/12/07 | JLT | Review e-mail from client; prepare draft correspondence to                  , for client's review and approval; conference with legal assistant; review and analyze notes of | 1.30 | 455.00 |
| 12/13/07 | JLT | Prepare e-mail to client. | 0.10 | 35.00 |
| 12/13/07 | JLT | Review e-mail from client. | 0.10 | 35.00 |
| 12/13/07 | JLT | Review and respond to client's e-mail; edit proposed | 0.40 | 140.00 |

Page 2
December 31, 2007
Victor Washington
General

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | draft letter to |  |  |
| 12/14/07 | JLT | Review and respond to client's e-mail (2x); revise correspondence to            telephone call to client; phone conference with client (2x); review and analyze           chart notes; phone conference with client. | 1.60 | 560.00 |
| 12/14/07 | JLT | Telephone conference with Shelly Ranus; prepare notes to file; prepare EEOC charge of discrimination; conference with legal assistant. | 0.80 | 280.00 |
| 12/17/07 | JLT | Review and analyze medical notes of Dr.            review and analyze correspondence to client from Starbucks. | 0.40 | 140.00 |
| 12/18/07 | JLT | Review e-mail and attachments from client (3x); phone conference with client; prepare notes to file; conference with legal assistant (2x); prepare correspondence to EEOC; edit correspondence. | 0.90 | 315.00 |
| 12/19/07 | JLT | Review e-mail from client (2x); review and respond to e-mail from legal assistant regarding EEOC charge filed; review and analyze 12/18/07 correspondence from           conference with legal assistant (2x); phone conference with client. | 0.90 | 315.00 |
| 12/20/07 | JLT | Review and edit declaration of            phone conference with client; conference with legal assistant; review e-mail from client. | 0.50 | 175.00 |
|  |  | Total Professional Services | 11.90 | $ 4,130.00 |

Costs and Disbursements

| 12/31/07 | Photocopy Charges |  | 10.80 |
|---|---|---|---|
|  | Total Costs and Disbursements | $ | 10.80 |

TOTAL NEW CHARGES                                                                    $ 4,140.80

PAYMENTS AND CREDITS

| 12/05/07 | Payment Received - Thank You |  | -3,292.70 |
|---|---|---|---|
| 12/21/07 | Payment Received - Thank You |  | -4,130.00 |
|  | Total Payments and Credits |  | $ -7,422.70 |

Page 3
December 31, 2007
Victor Washington
General

## SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $ 3,292.70 |
| Total New Charges | 4,140.80 |
| Payments and Credits | -7,422.70 |

**\*\*\* PLEASE PAY THIS AMOUNT \*\***            $   10.80

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


January 31, 2008


Victor Washington                                                    Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                      $    10.80

Professional Services

| Date | | Description | Hours | Amount |
|------|---|------------|-------|--------|
| 01/03/08 | JLT | Telephone call to client. | 0.10 | No Charge |
| 01/04/08 | JLT | Telephone conference with client; prepare notes to file; review e-mails from client; review voice mail from client; telephone call to client; prepare e-mail to client (2x); review and analyze medical records of Doctors | 2.90 | 1,015.00 |
| 01/07/08 | JLT | Review voice mail from client; prepare notes to file. | 0.10 | 35.00 |
| 01/09/08 | JLT | Telephone conference with client; prepare notes to file; prepare e-mail to partners regarding attorney referral; conference with Steve Frank regarding STD claim; prepare e-mail to client. | 0.90 | 315.00 |
| 01/14/08 | JLT | Review e-mail from client; conference with legal assistant. | 0.10 | 35.00 |
| 01/15/08 | JLT | Telephone conference with client; conference with legal assistant; brief review of client's timeline. | 0.60 | 210.00 |
| 01/16/08 | JLT | Review voice mail from Shelly Ranus; telephone call to Shelly Ranus; review and analyze medical records of Dr. prepare draft correspondence for Dr. | 1.80 | 630.00 |
| 01/17/08 | JLT | Conference with legal assistant; edit draft correspondence for Dr. | 0.40 | 140.00 |
| 01/23/08 | JLT | Review voice mail from Starbuck's counsel, Shelly | 0.90 | 315.00 |

Page 2
January 31, 2008
Victor Washington
General

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Ranus; telephone call to Shelly Ranus; review e-mail from client; telephone call to client; prepare e-mail to client; phone conference with client. |  |  |
| 01/24/08 | JLT | Telephone conference with Shelly Ranus; prepare e-mail to client (2x); review e-mail from legal assistant; review e-mail from Shelly Ranus; review e-mail from client; respond to e-mail. | 0.90 | 315.00 |
| 01/29/08 | JLT | Prepare e-mail to Shelly Ranus; review and analysis of client's timeline; phone conference with client; prepare notes to file. | 1.10 | 385.00 |
|  |  | Total Professional Services | 9.80 | $ 3,395.00 |

Costs and Disbursements

| 01/31/08 | Photocopy Charges |  | 2.55 |
|---|---|---|---|
|  | Total Costs and Disbursements | $ | 2.55 |

INTEREST CHARGE

Interest charge on past due balance of $10.80          $   0.11
Percentage Rate:  12.00 percent
Days in Billing Cycle:  31

TOTAL NEW CHARGES                                          $ 3,397.66

### SUMMARY OF ACCOUNT

Balance Forward          $    10.80
Total New Charges             3,397.66
Payments and Credits             0.00

*** **PLEASE PAY THIS AMOUNT** **          **$ 3,408.46**

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

February 29, 2008

Victor Washington                                          Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                      $ 3,408.46

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 02/04/08 | JLT | Review e-mails from client; respond to client's e-mails. | 0.20 | 70.00 |
| 02/05/08 | JLT | Review e-mail from client; telephone call to client (2x); prepare notes to file. | 0.10 | 35.00 |
| 02/06/08 | JLT | Review e-mail and attachment from Shelly Ranus; prepare e-mail to client. | 0.10 | 35.00 |
| 02/08/08 | JLT | Review e-mail from Shelly Ranus; phone conference with legal assistant. | 0.10 | 35.00 |
| 02/11/08 | JLT | Telephone call to client on cell phone; phone conference with client; prepare notes to file. | 0.20 | 70.00 |
| 02/12/08 | JLT | Telephone call to client. | 0.10 | 35.00 |
| 02/15/08 | JLT | Telephone call to client. | 0.10 | No Charge |
| 02/15/08 | JLT | Telephone conference with client; prepare notes to file; prepare e-mail to legal assistant. | 0.50 | 175.00 |
| 02/25/08 | JLT | Conference with legal assistant regarding timeline; review e-mail from legal assistant. | 0.10 | No Charge |
| 02/29/08 | JLT | Conference with legal assistant; review voice mail from client; telephone call to client. | 0.20 | 70.00 |
| | | Total Professional Services | 1.70 | $  525.00 |

Page 2
February 29, 2008
Victor Washington
General

TOTAL NEW CHARGES                                                     $   525.00

PAYMENTS AND CREDITS

02/29/08     Payment Received - Thank You                              -3,408.46

             Total Payments and Credits                              $ -3,408.46

## SUMMARY OF ACCOUNT

Balance Forward          $  3,408.46
Total New Charges              525.00
Payments and Credits        -3,408.46

**\*\*\* PLEASE PAY THIS AMOUNT \*\***      $   **525.00**


INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
              WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA 98104-1729
(206)682-6711
91-1724149

March 31, 2008

Victor Washington                                               Our File: 3631.00
219 NW 196th Place
Shoreline, WA 98177

---

| Previous Balance Due | | | | $ 525.00 |
|---|---|---|---|---|

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/03/08 | JLT | Conference with legal assistant; edit and revise client's timeline; edit draft of letter to Dr. | 1.30 | 455.00 |
| 03/05/08 | JLT | Conference with legal assistant; phone conference with client to prepare for interview at EEOC; phone conference with client after EEOC intake interview; prepare notes to file. | 0.40 | 140.00 |
| 03/10/08 | JLT | Review and respond to client's e-mails; conference with legal assistant. | 0.20 | 70.00 |
| 03/25/08 | JLT | Review client's e-mail to Trisha Berard; review e-mail and attachment from client of 3/20/08; prepare e-mail to client. | 0.20 | 70.00 |
| 03/25/08 | JLT | Telephone conference with client; prepare notes to file. | 0.20 | 70.00 |
| 03/26/08 | JLT | Review client's revised letter for Dr.      signature; edit and revise letter; prepare e-mail to client. | 0.20 | 70.00 |
| 03/27/08 | JLT | Review e-mail and attachment from client; phone conference with client; prepare e-mail to legal assistant; telephone call to Shelly Ranus; prepare e-mail to Shelly Ranus; conference with legal assistant. | 0.70 | 245.00 |
| 03/27/08 | JLT | Review and revise documents to Dr. | 0.10 | 35.00 |
| 03/28/08 | JLT | Review voice mail from client; prepare e-mail to Shelly Ranus. | 0.10 | 35.00 |

Page 2
March 31, 2008
Victor Washington
General

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 03/28/08 | JLT | Telephone conference with Shelly Ranus (2x); phone conference with client; prepare notes to file. | 0.20 | 70.00 |
|  |  | Total Professional Services | 3.60 | $ 1,260.00 |

INTEREST CHARGE

Interest charge on past due balance of $525.00                                    $     5.35
Percentage Rate:  12.00 percent
Days in Billing Cycle:  31

TOTAL NEW CHARGES                                                                        $ 1,265.35

## SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $   525.00 |
| Total New Charges | 1,265.35 |
| Payments and Credits | 0.00 |
| *** **PLEASE PAY THIS AMOUNT** ** | **$  1,790.35** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
        WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


April 30, 2008


Victor Washington                                                    Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                    $ 1,790.35

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/02/08 | JLT | Telephone conference with client. | 0.10 | No Charge |
| 04/03/08 | JLT | Review e-mail from client and attachment; edit attachment; letter to Dr.    , prepare e-mail to legal assistant. | 0.10 | 35.00 |
| 04/04/08 | JLT | Telephone conference with client. | 0.10 | 35.00 |
| 04/07/08 | JLT | Telephone conference with client; prepare notes to file; conference with legal assistant; prepare e-mail to legal assistant. | 1.10 | 385.00 |
| 04/08/08 | JLT | Review and respond to client's e-mail; review declaration of Dr.      ; conference with legal assistant; review e-mail from legal assistant regarding EEOC status. | 0.30 | 105.00 |
| 04/21/08 | JLT | Review e-mail from client; telephone call to client; phone conference with client; review and respond to client's e-mail; prepare notes to file. | 0.20 | 70.00 |
| 04/22/08 | JLT | Prepare e-mail to Shelly Ranus. | 0.10 | 35.00 |
| 04/23/08 | JLT | Review e-mail from client to Trisha Berard. | 0.10 | No Charge |
| 04/24/08 | JMC | Conference with Joyce. | 0.20 | 30.00 |
| 04/24/08 | JMC | Review file; prepare demand letter. | 2.30 | 345.00 |

Page 2
April 30, 2008
Victor Washington
General

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/25/08 | JLT | Edit and review demand letter; edit and review complaint; conference with Jillian M. Cutler; conference with legal assistant. | 1.40 | 490.00 |
| 04/25/08 | JMC | Prepare draft demand letter. | 1.80 | 270.00 |
| 04/25/08 | JMC | Prepare draft complaint. | 1.80 | 270.00 |
| 04/25/08 | JMC | Conference with Joyce L. Thomas. | 0.10 | 15.00 |
| 04/28/08 | JLT | Review e-mail from Trisha Berard to client; review and respond to client's e-mail; review and analyze client's suggested modifications to draft demand letter; review e-mail from client (2x). | 0.50 | 175.00 |
| 04/28/08 | JMC | Review of e-mail from client and letter. | 0.10 | No Charge |
| 04/29/08 | JLT | Telephone conference with client; prepare notes to file. | 0.50 | 175.00 |
| 04/30/08 | JLT | Review e-mail from client to Trisha Bernard. | 0.10 | 35.00 |
| | | Total Professional Services | 10.90 | $ 2,470.00 |

TOTAL NEW CHARGES                                                                                $ 2,470.00

PAYMENTS AND CREDITS

| 04/01/08 | Payment Received - Thank You | -1,790.35 |
|---|---|---|
| | Total Payments and Credits | $ -1,790.35 |

SUMMARY OF ACCOUNT

| Balance Forward | $ 1,790.35 |
|---|---|
| Total New Charges | 2,470.00 |
| Payments and Credits | -1,790.35 |
| *** PLEASE PAY THIS AMOUNT ** | $ 2,470.00 |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.

Page 3
April 30, 2008
Victor Washington
General

WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


May 31, 2008


Victor Washington
219 NW 196th Place
Shoreline, WA  98177

Our File:  3631.00

---

| | | | Previous Balance Due | | $ 2,470.00 |

Previous Balance Due                                                              $ 2,470.00

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/08 | JLT | Review e-mail from Trisha Berard. | 0.10 | No Charge |
| 05/02/08 | JLT | Review voice mail from client; conference with legal assistant. | 0.10 | No Charge |
| 05/06/08 | JLT | Review and analyze e-mail to client from Trisha Berard. | 0.10 | No Charge |
| 05/07/08 | JLT | Review and revise draft of demand letter; prepare e-mail to client. | 0.90 | 315.00 |
| 05/09/08 | JLT | Review e-mail from client and revisions to revised demand letter; prepare e-mail to client. | 0.20 | 70.00 |
| 05/09/08 | JLT | Review e-mail from client. | 0.10 | 35.00 |
| 05/12/08 | JLT | Telephone conference with client; prepare notes to client. | 0.20 | 70.00 |
| 05/16/08 | JLT | Review and finalize demand letter to Starbucks; review and revise draft complaint; conference with legal assistant. | 1.10 | 385.00 |
| 05/19/08 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |
| 05/20/08 | JLT | Review correspondence of 5/13/08 from Starbucks; conference with legal assistant. | 0.10 | 35.00 |
| 05/20/08 | JLT | Prepare correspondence to Shelly Ranus. | 0.40 | 140.00 |

Page 2
May 31, 2008
Victor Washington
General

| | | | Hours | Amount |
|---|---|---|---|---|
| 05/20/08 | JLT | Telephone conference with client. | 0.30 | No Charge |
| 05/21/08 | JLT | Edit correspondence to Shelly Ranus; conference with legal assistant. | 0.20 | 70.00 |
| 05/30/08 | MCS | Conference with Joyce L. Thomas. | 0.10 | 32.50 |
| 05/30/08 | JLT | Telephone conference with client. | 0.10 | 35.00 |
| | | Total Professional Services | 4.10 | $ 1,222.50 |

**TOTAL NEW CHARGES** $ 1,222.50

**PAYMENTS AND CREDITS**

| 05/19/08 | Payment Received - Thank You | -2,470.00 |
|---|---|---|
| | Total Payments and Credits | $ -2,470.00 |

### SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $ 2,470.00 |
| Total New Charges | 1,222.50 |
| Payments and Credits | -2,470.00 |
| **\*\*\* PLEASE PAY THIS AMOUNT \*\*** | **$ 1,222.50** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


June 30, 2008


Victor Washington                                            Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                              $ 1,222.50

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 06/02/08 | MCS | Meet with client. | 0.90 | 292.50 |
| 06/04/08 | MCS | Draft letter to EEOC. | 0.10 | 32.50 |
| 06/09/08 | MCS | Review e-mail from/draft e-mail to client. | 0.10 | 32.50 |
| 06/10/08 | MCS | Review e-mail from/draft e-mail to client. | 0.10 | 32.50 |
| 06/14/08 | MCS | Draft e-mail to client. | 0.10 | 32.50 |
| 06/20/08 | MCS | Review e-mail from/draft e-mail to client. | 0.30 | 97.50 |
| 06/20/08 | MCS | Review e-mail from/draft e-mail to client. | 0.10 | 32.50 |
| 06/23/08 | MCS | Telephone call from client. | 0.30 | 97.50 |
|  |  | Total Professional Services | 2.00 | $   650.00 |

Costs and Disbursements

| 06/02/08 | Photocopy Charges | 0.75 |
|---|---|---|
|  | Total Costs and Disbursements | $   0.75 |

INTEREST CHARGE

Interest charge on past due balance of $1,222.50                      $   12.06
Percentage Rate:  12.00 percent
Days in Billing Cycle:  30

Page 2
June 30, 2008
Victor Washington
General

TOTAL NEW CHARGES                                            $   662.81

### SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $ 1,222.50 |
| Total New Charges | 662.81 |
| Payments and Credits | 0.00 |

**\*\*\* PLEASE PAY THIS AMOUNT \*\***              $  1,885.31

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


July 31, 2008


Victor Washington                                                    Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                    $ 1,885.31

Professional Services

|            |     |                                                                              | Hours | Amount     |
|------------|-----|------------------------------------------------------------------------------|-------|------------|
| 07/01/08   | MCS | Edit complaint; draft e-mail to/review e-mail from client.                   | 0.90  | 292.50     |
| 07/02/08   | MCS | Review e-mail from/draft e-mail to client; draft press release; telephone call from client. | 0.90  | 292.50     |
| 07/03/08   | MCS | Telephone call from client; review e-mail from/draft e-mail to client; review file. | 0.70  | 227.50     |
| 07/07/08   | MCS | Review e-mail from/draft e-mail to client.                                   | 0.10  | 32.50      |
| 07/24/08   | MCS | Meet with client.                                                            | 1.10  | 357.50     |
| 07/29/08   | MCS | Review e-mail from/draft e-mail to client.                                   | 0.10  | 32.50      |
| 07/30/08   | MCS | Review complaint summons and cover sheet.                                    | 0.20  | 65.00      |
|            |     | Total Professional Services                                                  | 4.00  | $ 1,300.00 |

Costs and Disbursements

| 07/30/08 | United States District Court. |            | 350.00   |
|----------|-------------------------------|------------|----------|
| 07/31/08 | Photocopy Charges             |            | 4.35     |
|          | Total Costs and Disbursements |            | $   354.35 |

Page 2
July 31, 2008
Victor Washington
General

INTEREST CHARGE

Interest charge on past due balance of $1,885.31                    $    19.21
Percentage Rate:  12.00 percent
Days in Billing Cycle:  31

TOTAL NEW CHARGES                                               $ 1,673.56

SUMMARY OF ACCOUNT

| | |
|---|---:|
| Balance Forward | $ 1,885.31 |
| Total New Charges | 1,673.56 |
| Payments and Credits | 0.00 |
| **\*\*\* PLEASE PAY THIS AMOUNT \*\*** | **$ 3,558.87** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD