FRANK FREED SUBIT & THOM...s, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

August 31, 2008

Victor Washington                                                  Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                               $ 3,558.87

Professional Services

|            |     |                                                        | Hours | Amount |
|------------|-----|--------------------------------------------------------|-------|--------|
| 08/01/08   | MCS | Voice mail to client.                                  | 0.10  | 32.50  |
| 08/01/08   | MCS | Review e-mail from/draft e-mail to client.             | 0.20  | 65.00  |
| 08/04/08   | MCS | Review e-mail from/draft e-mail to client.             | 0.10  | 32.50  |
| 08/25/08   | JLT | Review and analyze answer from defendant's counsel.    | 0.10  | 35.00  |
| 08/26/08   | JLT | Telephone conference with client; prepare notes to file.| 0.40 | 140.00 |
|            |     | Total Professional Services                            | 0.90  | $  305.00 |

Costs and Disbursements

| 08/31/08 | Photocopy Charges              |         | 4.20 |
|----------|--------------------------------|---------|------|
|          | Total Costs and Disbursements  | $       | 4.20 |

INTEREST CHARGE

Interest charge on past due balance of $1,253.77                   $    12.78
Percentage Rate:  12.00 percent
Days in Billing Cycle:  31

TOTAL NEW CHARGES                                                  $   321.98

Page 2
August 31, 2008
Victor Washington
General

PAYMENTS AND CREDITS

| 08/03/08 | Payment Received - Thank You | | -2,305.10 |
| | Total Payments and Credits | | $ -2,305.10 |

### SUMMARY OF ACCOUNT

| Balance Forward | $ 3,558.87 |
| Total New Charges | 321.98 |
| Payments and Credits | -2,305.10 |
| **\*\*\* PLEASE PAY THIS AMOUNT \*\*** | **$ 1,575.75** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA 98104-1729
(206)682-6711
91-1724149

September 30, 2008

Victor Washington                                      Our File: 3631.00
219 NW 196th Place
Shoreline, WA 98177

---

Previous Balance Due                                            $ 1,575.75

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 09/04/08 | JLT | Review e-mail from client; respond to client's e-mail. | 0.10 | No Charge |
| 09/05/08 | JLT | Prepare for phone conference with client; review and analyze unemployment application; phone conference with client; prepare notes to file. | 0.40 | 140.00 |
| 09/05/08 | JLT | Telephone conference with client; prepare notes to file. | 0.30 | 105.00 |
| 09/16/08 | JLT | Review and analyze decision from Washington State Employment Hearing Department. | 0.10 | 35.00 |
| 09/23/08 | JLT | Telephone conference with client. | 0.10 | 35.00 |
| 09/29/08 | JLT | Review and analysis of file; prepare for phone conference with opposing counsel regarding 10/21/08 status conference. | 0.70 | 245.00 |
| | | Total Professional Services | 1.70 | $ 560.00 |

Costs and Disbursements

| 09/03/08 | ABC Legal Messengers | | 70.00 |
|---|---|---|---|
| | Total Costs and Disbursements | | $ 70.00 |

INTEREST CHARGE

Interest charge on past due balance of $1,253.77                 $ 12.37
Percentage Rate: 12.00 percent

Page 2
September 30, 2008
Victor Washington
General

Days in Billing Cycle:  30

TOTAL NEW CHARGES                                                    $   642.37

PAYMENTS AND CREDITS

09/08/08      Payment Received - Thank You                              -321.98

              Total Payments and Credits                        $   -321.98

### SUMMARY OF ACCOUNT

|                          |              |
| ------------------------ | ------------ |
| Balance Forward          | $ 1,575.75   |
| Total New Charges        | 642.37       |
| Payments and Credits     | -321.98      |

**\*\*\* PLEASE PAY THIS AMOUNT \*\***          **$ 1,896.14**

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
                    WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


October 31, 2008


Victor Washington                                        Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                        $ 1,896.14

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/08/08 | JLT | Telephone call to Jeff Hollingsworth; prepare notes to file. | 0.10 | 35.00 |
| 10/10/08 | JLT | Prepare e-mail to attorneys for defendant. | 0.10 | 35.00 |
| 10/13/08 | JLT | Review and respond to e-mail from client. | 0.10 | 35.00 |
| 10/13/08 | JLT | Telephone conference with Jeff Hollingsworth, counsel for Starbucks; prepare notes to file. | 0.10 | 35.00 |
| 10/14/08 | JLT | Telephone conference with Jeff Hollingsworth; prepare notes to file; prepare e-mail to client. | 0.30 | 105.00 |
| 10/16/08 | JLT | Review and respond to e-mail from Judge Coughenour's clerk. | 0.10 | 35.00 |
| 10/17/08 | JLT | Prepare for status conference on 10/21/08. | 0.10 | 35.00 |
| 10/21/08 | JLT | Travel to and from status conference with Judge Coughenour; attend status conference; prepare e-mail to legal assistant; review and analyze minutes of status conference from Judge Coughenour. | 1.30 | 455.00 |
| 10/21/08 | JLT | Review and analysis of relevant documents in file to begin preparing for initial disclosures pursuant to FRCP 26. | 1.70 | 595.00 |
| 10/22/08 | JLT | Review e-mail from client. | 0.10 | No Charge |

Page 2
October 31, 2008
Victor Washington
General

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/29/08 | JLT | Review and respond to client's e-mail. | 0.10 | No Charge |
| 10/30/08 | JLT | Draft initial disclosure. | 1.80 | 630.00 |
| | | Total Professional Services | 5.90 | $ 1,995.00 |

Costs and Disbursements

| | | | |
|---|---|---|---|
| 10/21/08 | Parking for Status Conference. | | 6.99 |
| | Total Costs and Disbursements | $ | 6.99 |

TOTAL NEW CHARGES                                         $ 2,001.99

PAYMENTS AND CREDITS

| | | |
|---|---|---|
| 10/20/08 | Account Credit | -44.36 |
| | Payment Received - Thank You | -1,851.78 |
| | Total Payments and Credits | $ -1,896.14 |

SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $ 1,896.14 |
| Total New Charges | 2,001.99 |
| Payments and Credits | -1,896.14 |
| *** **PLEASE PAY THIS AMOUNT** ** | **$ 2,001.99** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
            WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


November 30, 2008


Victor Washington                                                    Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

| | | | Hours | Amount |
|---|---|---|---|---|
| Previous Balance Due | | | | $ 2,001.99 |
| **Professional Services** | | | | |
| 11/03/08 | JLT | Review e-mail from client; respond to client's e-mails. | 0.10 | 35.00 |
| 11/03/08 | JLT | Telephone conference with client (2x); conference with legal assistant; revise initial disclosures. | 0.80 | 280.00 |
| 11/04/08 | JLT | Review and analyze e-mails from client; prepare e-mail to legal assistant; revise initial disclosures (2x); conference with legal assistant (3x). | 1.20 | 420.00 |
| 11/05/08 | JLT | Review and analzye Defendant Starbucks Initial Disclosure statement; file review and analysis. | 0.60 | 210.00 |
| 11/11/08 | JLT | Telephone call to Jeff Hollingsworth; prepare note to file. | 0.10 | 35.00 |
| 11/11/08 | JLT | Telephone conference with client; prepare notes to file. | 0.10 | 35.00 |
| 11/20/08 | JLT | Telephone conference with client. | 0.20 | 70.00 |
| 11/20/08 | JLT | Prepare e-mail to Jeff Hollingsworth. | 0.10 | 35.00 |
| 11/24/08 | JLT | Review e-mail from Ben Stafford; review e-mail from client; prepare e-mail to Ben Stafford; prepare e-mail to client; review and respond to client's e-mail; review e-mail from client. | 0.40 | 140.00 |
| 11/26/08 | JLT | Review and respond to e-mail from Ben Stafford (2x); file review and relevant e-mails. | 0.30 | 105.00 |

Page 2
November 30, 2008
Victor Washington
General

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/26/08 | JLT | Review and respond to client's e-mail; review and respond to e-mail from Ben Stafford. | 0.10 | 35.00 |
|  |  | Total Professional Services | 4.00 | $ 1,400.00 |

Costs and Disbursements

|  |  |  |
|---|---|---|
| 11/30/08 | Photocopy Charges | 3.45 |
|  | Total Costs and Disbursements | $   3.45 |

TOTAL NEW CHARGES — $ 1,403.45

PAYMENTS AND CREDITS

|  |  |  |
|---|---|---|
| 11/24/08 | Payment Received - Thank You | -2,001.99 |
|  | Total Payments and Credits | $ -2,001.99 |

## SUMMARY OF ACCOUNT

| Balance Forward | $ 2,001.99 |
|---|---|
| Total New Charges | 1,403.45 |
| Payments and Credits | -2,001.99 |
| *** PLEASE PAY THIS AMOUNT ** | $ 1,403.45 |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

**FRANK FREED SUBIT & THOMAS, LLP**
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


December 31, 2008


Victor Washington                                                    Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                         $ 1,403.45

Professional Services

|          |     |                                                                 | Hours | Amount |
|----------|-----|-----------------------------------------------------------------|-------|--------|
| 12/04/08 | JLT | Telephone conference with client; prepare notes to file.        | 0.30  | 105.00 |
| 12/30/08 | JLT | Telephone conference with client.                               | 0.10  | No Charge |
| 12/30/08 | JLT | Review and respond to e-mails forwarded from client from his ex-spouse. | 0.10  | 35.00 |
|          |     | Total Professional Services                                     | 0.50  | $  140.00 |

Costs and Disbursements

| 12/03/08 | ABC Legal Messengers            |          | 7.00 |
|----------|---------------------------------|----------|------|
|          | Total Costs and Disbursements   | $        | 7.00 |

INTEREST CHARGE

Interest charge on past due balance of $1,403.45                             $   14.30
Percentage Rate:  12.00 percent
Days in Billing Cycle:  31

TOTAL NEW CHARGES                                                            $  161.30

Page 2
December 31, 2008
Victor Washington
General

SUMMARY OF ACCOUNT

PAID 1/2/08

| | |
|---|---|
| Balance Forward | $ 1,403.45 |
| Total New Charges | 161.30 |
| Payments and Credits | 0.00 |

161.30

**\*\*\* PLEASE PAY THIS AMOUNT \*\***    $ ~~1,564.75~~

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA 98104-1729
(206)682-6711
91-1724149


January 31, 2009


Victor Washington
219 NW 196th Place
Shoreline, WA 98177

Our File: 3631.00

---

Previous Balance Due

$ 1,564.75

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/09 | JLT | Review e-mail from Ben Stafford; prepare e-mail to client. | 0.10 | 35.00 |
| 01/03/09 | JLT | Review e-mail from client; respond to client's e-mail. | 0.10 | 35.00 |
| 01/05/09 | JLT | Conference with legal assistant. | 0.10 | 35.00 |
| 01/06/09 | JLT | Telephone conference with client; review e-mail from client (2x); respond to client's e-mail. | 0.80 | 280.00 |
| 01/08/09 | JLT | Telephone conference with client; review voice mail from client. | 0.30 | 105.00 |
| 01/09/09 | JMC | Conference with Jill. | 0.10 | No Charge |
| 01/09/09 | JLT | Conference with legal assistant. | 0.30 | 105.00 |
| 01/12/09 | JMC | Prepare proposed protective order. | 0.70 | 105.00 |
| 01/12/09 | JMC | E-mails. | 0.10 | 15.00 |
| 01/13/09 | JMC | Review/revise stipulated protective order. | 0.10 | 15.00 |
| 01/14/09 | JLT | Review and analyze e-mails to and from legal assistant and Ben Stafford; review e-mail from client; conference with legal assistant; prepare e-mail to Jillian M. Cutler; review e-mail from Jillian M. Cutler; review draft protective order. | 0.60 | 210.00 |

Page 2
January 31, 2009
Victor Washington
General

| | | | Hours | Amount |
|---|---|---|---|---|
| 01/14/09 | JMC | Review e-mail from client; e-mail to client. | 0.40 | 60.00 |
| 01/14/09 | JMC | Review/revise protective order and e-mail to J. Hollingsworth. | 0.10 | 15.00 |
| 01/15/09 | JMC | E-mail to client. | 0.10 | No Charge |
| 01/16/09 | JLT | Review e-mail from legal assistant and from client. | 0.10 | 35.00 |
| 01/16/09 | JMC | E-mail to client. | 0.20 | 30.00 |
| 01/19/09 | JMC | Review e-mails. | 0.20 | 30.00 |
| 01/19/09 | JMC | Review defendant's Requests for Production | 0.20 | 30.00 |
| 01/20/09 | JLT | Telephone conference with Ben Stafford's assistant (2x); conference with Jillian Cutler; conference with legal assistant; review and analyze e-mail from client; respond to client's e-mail; prepare e-mail to client; review and analyze briefly client's personnel file from Starbucks. | 1.90 | 665.00 |
| 01/20/09 | JLT | Telephone conference with client; review e-mail from client; prepare e-mail to opposing counsel. | 0.40 | 140.00 |
| 01/20/09 | JMC | Review file and voice mails for client. | 0.30 | 45.00 |
| 01/20/09 | JMC | Telephone call from client; notes to file. | 0.60 | 90.00 |
| 01/21/09 | JLT | Prepare e-mail to Jillian M. Cutler; review e-mails from Jillian M. Cutler; conference with legal assistant; review and analyze e-mail from client; conference with client and Jillian M. Cutler. | 1.40 | 490.00 |
| 01/21/09 | JMC | Voice mail to Hollingsworth. | 0.10 | No Charge |
| 01/21/09 | JMC | Review file; prepare for client meeting. | 1.10 | 165.00 |
| 01/21/09 | JMC | Conference with client. | 2.80 | 420.00 |
| 01/21/09 | JMC | Conference with Joyce. | 0.20 | 30.00 |
| 01/21/09 | JLT | Conference with Jillian M. Cutler. | 0.20 | No Charge |
| 01/22/09 | JLT | Review and edit plaintiff's first set of Request for Production of documents; conference with legal | 0.80 | 280.00 |

Page 3
January 31, 2009
Victor Washington
General

| | | | Hours | Amount |
|---|---|---|---|---|
| | | assistant; conference with Jillian M. Cutler. | | |
| 01/22/09 | JMC | Voice mails to client. | 0.10 | 15.00 |
| 01/22/09 | JMC | Telephone call from client. | 0.30 | 45.00 |
| 01/22/09 | JMC | Draft Requests for Production. | 1.20 | 180.00 |
| 01/22/09 | JMC | Review client documents to produce. | 1.00 | 150.00 |
| 01/22/09 | JMC | Review/revise requests for production; e-mail to client. | 0.30 | 45.00 |
| 01/23/09 | JMC | Telephone call from client. | 0.40 | 60.00 |
| 01/23/09 | JMC | Revision of Requests for Production. | 0.10 | 15.00 |
| 01/23/09 | JLT | Telephone conference with client; conference with Jillian M. Cutler; review and respond to e-mail from Jillian M. Cutler; review finalized Requests for Production. | 0.40 | 140.00 |
| 01/26/09 | JLT | Review and respond to e-mail from Jillian M. Cutler. | 0.10 | No Charge |
| 01/26/09 | JMC | Voice mail to Hollingsworths' legal assistant. | 0.10 | 15.00 |
| 01/27/09 | JMC | Voice mail from Ben Stafford. | 0.10 | 15.00 |
| 01/28/09 | JLT | Conference with Jillian M. Cutler regarding responses to defendant's requests for production; prepare e-mail to client; document review and analysis. | 0.60 | 210.00 |
| 01/28/09 | JMC | Conference with Joyce. | 0.30 | 45.00 |
| 01/29/09 | JLT | Conference with Jillian M. Cutler regarding responding to defendant's Request for Production; review draft of response to defendant's Request for Production. | 0.90 | 315.00 |
| 01/29/09 | JMC | Prepare request for production responses; review documents. | 3.10 | 465.00 |
| 01/29/09 | JMC | Conference with Joyce. | 0.30 | 45.00 |
| 01/30/09 | JLT | Deposition preparation with client; prepare notes to file. | 2.20 | 770.00 |

Page 4
January 31, 2009
Victor Washington
General

|  |  |  |  |
|---|---|---:|---:|
| | Total Professional Services | 25.90 | $ 5,995.00 |

Costs and Disbursements

| 01/31/09 | Photocopy Charges | | 6.15 |
|---|---|---|---:|
| | Total Costs and Disbursements | | $    6.15 |

TOTAL NEW CHARGES                                                           $ 6,001.15

PAYMENTS AND CREDITS

| 01/02/09 | Payment Received - Thank You | -1,403.45 |
|---|---|---:|
| 01/29/09 | Payment Received - Thank You | -161.30 |
| | Total Payments and Credits | $ -1,564.75 |

### SUMMARY OF ACCOUNT

| | |
|---|---:|
| Balance Forward | $ 1,564.75 |
| Total New Charges | 6,001.15 |
| Payments and Credits | -1,564.75 |
| **\*\*\* PLEASE PAY THIS AMOUNT \*\*** | **$ 6,001.15** |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
                    WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149


February 28, 2009


Victor Washington                                                                                  Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                                              $ 6,001.15

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 02/02/09 | JLT | Review and respond to client's e-mail. | 0.10 | 35.00 |
| 02/02/09 | JMC | E-mail to client. | 0.10 | No Charge |
| 02/02/09 | JMC | E-mail to client. | 0.10 | 15.00 |
| 02/03/09 | JMC | Review medical records and notes to file. | 4.40 | 660.00 |
| 02/04/09 | JLT | Brief conference with Jillian M. Cutler regarding client's medical records. | 0.20 | 70.00 |
| 02/04/09 | JMC | Conference with client. | 1.90 | 285.00 |
| 02/04/09 | JMC | Notes to file. | 0.50 | 75.00 |
| 02/05/09 | JLT | Telephone conference with client. | 0.10 | No Charge |
| 02/05/09 | JLT | Prepare for client's deposition preparation session on 2/6/09. | 0.70 | 245.00 |
| 02/06/09 | JLT | Meeting with Jillian M. Cutler; conference with client to prepare for deposition. | 3.90 | 1,365.00 |
| 02/06/09 | JMC | Conference with Jill regarding medical records. | 0.10 | 15.00 |
| 02/06/09 | JMC | Conference with Joyce L. Thomas. | 0.70 | 105.00 |
| 02/09/09 | JLT | Conference with Jillian M. Cutler regarding correspondence to opposing counsel regarding status of | 0.70 | 245.00 |

Page 2
February 28, 2009
Victor Washington
General

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | protective order; review and respond to client's e-mail; review e-mail from client; review and respond to e-mail from legal assistant; review correspondence from Jillian M. Cutler to defense counsel. |  |  |
| 02/09/09 | JMC | Prepare letter to Stafford; Hollingsworth. | 0.30 | 45.00 |
| 02/09/09 | JMC | Telephone call from Victor. | 0.20 | 30.00 |
| 02/11/09 | JLT | Conference with legal assistant; conference with Jillian M. Cutler; review e-mail from legal assistant; phone conference with client. | 0.30 | 105.00 |
| 02/11/09 | JMC | Prepare responses to Requests for Production. | 0.50 | 75.00 |
| 02/11/09 | JMC | Conference with Jill. | 0.10 | 15.00 |
| 02/11/09 | JP | E-mail to client. | 0.20 | 20.00 |
| 02/11/09 | JMC | Conference with Joyce L. Thomas. | 0.10 | No Charge |
| 02/12/09 | JLT | Conference with Jillian M. Cutler and legal assistant regarding status of protective order. | 0.20 | No Charge |
| 02/12/09 | JMC | E-mail to client. | 0.20 | 30.00 |
| 02/12/09 | JMC | Conference with Joyce L. Thomas. | 0.20 | No Charge |
| 02/13/09 | JLT | Conference with Jillian M. Cutler regarding Request for Production (2x); conference with legal assistant regarding RFP; phone conference with client; review and edit responses to defendant's Request for Production. | 0.90 | 315.00 |
| 02/13/09 | JMC | Telephone call from client. | 0.30 | 45.00 |
| 02/13/09 | JMC | Prepare responses to defendant's Requests for Production. | 2.00 | 300.00 |
| 02/13/09 | JMC | Conference with Joyce. | 0.40 | 60.00 |
| 02/17/09 | JMC | Telephone call from client. | 0.20 | 30.00 |
| 02/18/09 | JMC | E-mails with client. | 0.10 | 15.00 |

Page 3
February 28, 2009
Victor Washington
General

| | | | Hours | Amount |
|---|---|---|---|---|
| 02/19/09 | JMC | E-mail to Hollinsworth and Stafford. | 0.10 | 15.00 |
| 02/23/09 | JLT | Review e-mail from Jeff Hollingsworth; review e-mail from client; phone conference with Jeff Hollingsworth; prepare e-mail to client; prepare e-mail to Jeff Hollingsworth; prepare e-mail to Jillian M. Cutler; review e-mail from Jillian M. Cutler. | 0.40 | 140.00 |
| 02/23/09 | JLT | Telephone conference with client; review e-mail from client (2x); prepare notes to file. | 0.20 | 70.00 |
| 02/24/09 | JLT | Review e-mail from client; prepare e-mail to Jeff Hollingsworth and Ben Stafford, counsel for Starbucks; review voice mail from client. | 0.10 | 35.00 |
| 02/27/09 | JLT | Review e-mail and attachment from Chelsea Petersen, counsel for Starbucks; conference with Jillian M. Cutler; prepare e-mail to Jillian M. Cutler; conference with legal assistant; brief review of defendant's responses to plaintiff's first set of requests for production of documents. | 0.50 | 175.00 |
| 02/27/09 | JLT | Telephone conference with client. | 0.10 | No Charge |
| | | Total Professional Services | 21.10 | $ 4,635.00 |

Costs and Disbursements

| | | | |
|---|---|---|---|
| 02/28/09 | Photocopy Charges | | 123.00 |
| | Total Costs and Disbursements | | $   123.00 |

TOTAL NEW CHARGES                                                $ 4,758.00

PAYMENTS AND CREDITS

| | | |
|---|---|---|
| 02/26/09 | Payment Received - Thank You | -6,001.15 |
| | Total Payments and Credits | $ -6,001.15 |

Page 4
February 28, 2009
Victor Washington
General

## SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $ 6,001.15 |
| Total New Charges | 4,758.00 |
| Payments and Credits | -6,001.15 |
| *** **PLEASE PAY THIS AMOUNT** ** | $ 4,758.00 |

INTEREST CHARGE WILL BE CHARGED ON PAST DUE
AMOUNT AT THE RATE OF 12.00 PERCENT

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
                WE NOW ACCEPT VISA AND MASTERCARD

Ex C - p. 057

**FRANK FREED SUBIT & THOMAS, LLP**
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

March 31, 2009

Victor Washington                                                          Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                       $ 4,758.00

Professional Services

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Michael C. Subit | | | | | |
| 03/18/09 | MCS | Conference with Jillian M. Cutler. | 0.10 | 300 | 30.00 |
| | | Total for Michael C. Subit | 0.10 | | 30.00 |
| Joyce L Thomas | | | | | |
| 03/02/09 | JLT | Review e-mail from client; conference with Jillian M. Cutler; review and analyze draft stipulation for protective order from Perkins Coie; review and respond to e-mail from Jillian M. Cutler. | 0.90 | 350 | 315.00 |
| 03/04/09 | JLT | Conference with Jillian M. Cutler to prepare for conference with client; conference with client; debrief with Jillian M. Cutler. | 1.70 | | No Charge |
| 03/05/09 | JLT | Conference with Jillian M. Cutler regarding discovery; prepare e-mail to client. | 0.10 | 350 | 35.00 |
| 03/10/09 | JLT | Conference with Jillian M. Cutler regarding protective order; phone conference with client; prepare notes to file; conference with Jillian M. Cutler regarding case strategy. | 1.60 | 350 | 560.00 |
| 03/11/09 | JLT | Review e-mail from Jillian M. Cutler; prepare e-mail to Jillian M. Cutler. | 0.10 | | No Charge |

Page 2
March 31, 2009
Victor Washington
General

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/09 | JLT | Prepare for phone conference with Jeff Hollingsworth and Chelsea Peterson; review client's e-mail (2x); phone conference with Jeff Hollingsworth and Chelsea Peterson; prepare notes to file; telephone call to client; phone conference with client; prepare e-mail to opposing counsel; respond to client's e-mail. | 0.90 | 350 | 315.00 |
| 03/13/09 | JLT | Review and analyze protective order; review and respond to e-mail from Chelsea Peterson; conference with Jillian M. Cutler; prepare e-mail to legal assistant. | 0.30 | 350 | 105.00 |
| 03/16/09 | JLT | Review e-mail from legal assistant regarding mediator Cogan's availability; prepare e-mail to legal assistant; prepare e-mail to Jillian M. Cutler. | 0.10 | 350 | 35.00 |
| 03/17/09 | JLT | Review and respond to e-mail from client; discuss mediation scheduling with legal assistant. | 0.20 | | No Charge |
| 03/17/09 | JLT | Conference with legal assistant regarding mediation; review and analyze draft joint motion to extend mediation deadline; review mediator Cogan's correspondence of 3/17/09. | 0.60 | 350 | 210.00 |
| 03/18/09 | JLT | Conference with Jillian M. Cutler regarding deposition preparation status; review and analyze notice of videotaped deposition of plaintiff. | 0.40 | 350 | 140.00 |
| 03/18/09 | JLT | Prepare e-mail to opposing counsel. | 0.10 | 350 | 35.00 |
| 03/23/09 | JLT | Review signed protective order and order regarding 39.1 mediation from Judge Coughnauer; conference with Jillian M. Cutler; prepare e-mail to legal assistant. | 0.20 | 350 | 70.00 |
| 03/24/09 | JLT | Review and analyze e-mail from client; prepare e-mail to Jillian M. Cutler; conference with Jillian M. Cutler; prepare e-mail to client; review and analyze defendant's initial disclosures. | 0.40 | 350 | 140.00 |
| 03/25/09 | JLT | Review voice mail messages from client (2x); prepare e-mail to client; conference with legal | 0.90 | 350 | 315.00 |

Page 3
March 31, 2009
Victor Washington
General

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  |  | assistant and Jillian M. Cutler regarding medical records. |  |  |  |
| 03/26/09 | JLT | Telephone call to client; phone conference with client; conference with Jillian M. Cutler and legal assistant; prepare e-mail to client; review and respond to e-mail from Jillian M. Cutler; review e-mail from client. | 0.50 | 350 | 175.00 |
| 03/26/09 | JLT | Legal research regarding attorney-client privilege and the work product doctrine. | 1.30 | 350 | 455.00 |
| 03/27/09 | JLT | Review e-mail from Jillian M. Cutler to client; conference with Jillian M. Cutler regarding medical records. | 0.40 |  | No Charge |
| 03/27/09 | JLT | Review and respond to e-mail from Jillian M. Cutler regarding medical records; conference with Jillian M. Cutler. | 0.70 | 350 | 245.00 |
| 03/30/09 | JLT | Conference with Jillian M. Cutler regarding privilege log regarding client's records; conference with legal assistant; review and respond to client's e-mail. | 0.80 | 350 | 280.00 |
| 03/30/09 | JLT | Telephone conference with client; prepare e-mail to legal assistant. | 0.10 | 350 | 35.00 |
| 03/31/09 | JLT | Review e-mail from client (5x); phone conference with client; e-mail to client; conference with legal assistant; review e-mail and attachment from Chelsea Petersen; conference with Jillian M. Cutler regarding document production and deposition preparation; review and analyze privilege log. | 1.20 | 350 | 420.00 |
|  |  | Total for Joyce L Thomas | 13.50 |  | 3,885.00 |
| Jillian M. Cutler |  |  |  |  |  |
| 03/02/09 | JMC | Review protective order; defendant's responses to Requests for Production and e-mail from client. | 0.50 | 225 | 112.50 |
| 03/02/09 | JMC | Conference with Joyce. | 0.50 |  | No Charge |

Page 4
March 31, 2009
Victor Washington
General

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/09 | JMC | E-mail to client and voice mail to C. Petersen. | 0.10 | | No Charge |
| 03/02/09 | JMC | E-mails with Joyce. | 0.10 | | No Charge |
| 03/02/09 | JMC | Telephone call from C. Petersen; e-mail to Petersen. | 0.10 | 225 | 22.50 |
| 03/02/09 | JMC | E-mail to Joyce. | 0.10 | | No Charge |
| 03/03/09 | JMC | E-mails with client. | 0.10 | | No Charge |
| 03/04/09 | JMC | E-mail to Chelsea Petersen. | 0.10 | 225 | 22.50 |
| 03/04/09 | JMC | Review draft protective order. | 0.20 | 225 | 45.00 |
| 03/04/09 | JMC | Telephone call with Chelsea Petersen. | 0.20 | 225 | 45.00 |
| 03/04/09 | JMC | Conference with Joyce. | 0.20 | | No Charge |
| 03/04/09 | JMC | Conference with client. | 1.00 | 225 | 225.00 |
| 03/04/09 | JMC | Conference with Joyce. | 0.40 | | No Charge |
| 03/05/09 | JMC | Review/revise protective order. | 0.50 | 225 | 112.50 |
| 03/05/09 | JMC | Prepare letter to client. | 1.80 | | No Charge |
| 03/06/09 | JMC | Revise protective order and mail to C. Petersen. | 0.10 | 225 | 22.50 |
| 03/06/09 | JMC | Voice mails to client. | 0.10 | | No Charge |
| 03/06/09 | JMC | Telephone call from client. | 0.60 | 225 | 135.00 |
| 03/06/09 | JMC | E-mail to C. Petersen. | 0.10 | 225 | 22.50 |
| 03/06/09 | JMC | E-mail to client. | 0.50 | 225 | 112.50 |
| 03/10/09 | JMC | E-mail from client. | 0.10 | 225 | 22.50 |
| 03/10/09 | JMC | E-mail C. Petersen regarding protective order and scheduling deposition. | 0.10 | 225 | 22.50 |
| 03/10/09 | JMC | Telephone call from C. Petersen. | 0.30 | 225 | 67.50 |
| 03/10/09 | JMC | Conference with Joyce. | 0.10 | | No Charge |

Page 5
March 31, 2009
Victor Washington
General

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/09 | JMC | E-mail to Chelsea Petersen regarding protective order. | 0.10 | 225 | 22.50 |
| 03/10/09 | JMC | Conference with Joyce regarding case strategy. | 0.50 | 225 | 112.50 |
| 03/10/09 | JMC | E-mail to Chelsea. | 0.20 | 225 | 45.00 |
| 03/11/09 | JMC | E-mail to C. Petersen regarding conference call. | 0.10 | | No Charge |
| 03/12/09 | JMC | Telephone conference with opposing counsel; conference with Joyce. | 0.50 | 225 | 112.50 |
| 03/13/09 | JMC | E-mail from client. | 0.10 | | No Charge |
| 03/13/09 | JMC | Review revised protective order and e-mail to C. Petersen. | 0.40 | 225 | 90.00 |
| 03/13/09 | JMC | Prepare joint motion extending 39.1 mediation deadline. | 0.50 | 225 | 112.50 |
| 03/13/09 | JMC | E-mails with C. Petersen regarding protective order and mediation. | 0.10 | 225 | 22.50 |
| 03/16/09 | JMC | E-mail to client; conference with Jill. | 0.10 | | No Charge |
| 03/16/09 | JMC | Telephone call from Judge Coughauer's clerk. | 0.10 | | No Charge |
| 03/17/09 | JMC | E-mails to client. | 0.10 | | No Charge |
| 03/17/09 | JMC | Review draft motion regarding mediation deadline; e-mail to Chelsea. | 0.10 | 225 | 22.50 |
| 03/17/09 | JMC | Prepare joint motion for filing. | 0.20 | 225 | 45.00 |
| 03/18/09 | JMC | Telephone call from client. | 0.70 | 225 | 157.50 |
| 03/18/09 | JMC | Notes to file. | 0.10 | 225 | 22.50 |
| 03/18/09 | JMC | Conference with Joyce. | 0.20 | 225 | 45.00 |
| 03/18/09 | JMC | Conference with Mike. | 0.10 | 225 | 22.50 |
| 03/23/09 | JMC | E-mail to client. | 0.10 | 225 | 22.50 |
| 03/24/09 | JMC | Review e-mails from client. | 0.10 | 225 | 22.50 |

Page 6
March 31, 2009
Victor Washington
General

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/24/09 | JMC | Review documents to supplement Requests for Production. | 1.10 | 225 | 247.50 |
| 03/24/09 | JMC | Conference with Jill. | 0.30 | | No Charge |
| 03/25/09 | JMC | Conference with Joyce. | 0.10 | 225 | 22.50 |
| 03/25/09 | JMC | Conference with Jill. | 0.10 | 225 | 22.50 |
| 03/26/09 | JMC | Voice mails to | 0.10 | 225 | 22.50 |
| 03/26/09 | JMC | Review medical records. | 0.20 | | No Charge |
| 03/26/09 | JMC | Review documents to produce. | 0.20 | 225 | 45.00 |
| 03/26/09 | JMC | Voice mail to client. | 0.10 | | No Charge |
| 03/26/09 | JMC | E-mail to Joyce. | 0.10 | 225 | 22.50 |
| 03/26/09 | JMC | Telephone call to client. | 0.50 | 225 | 112.50 |
| 03/26/09 | JMC | E-mail to client. | 0.10 | 225 | 22.50 |
| 03/27/09 | JMC | Telephone call from client. | 0.10 | 225 | 22.50 |
| 03/27/09 | JMC | Voice mail to C. Petersen. | 0.10 | | No Charge |
| 03/27/09 | JMC | Review medical records from Dr. | 0.20 | 225 | 45.00 |
| 03/27/09 | JMC | Prepare documents for production. | 0.20 | 225 | 45.00 |
| 03/27/09 | JMC | Draft supplemental reponses to Requests for Production. | 0.50 | 225 | 112.50 |
| 03/27/09 | JMC | Conference with Jill. | 0.20 | | No Charge |
| 03/27/09 | JMC | Conference with Joyce regarding supplemental Requests for Production. | 0.20 | 225 | 45.00 |
| 03/27/09 | JMC | Review Dr.        notes. | 0.20 | 225 | 45.00 |
| 03/27/09 | JMC | Telephone call from | 0.10 | 225 | 22.50 |
| 03/27/09 | JMC | Telephone call from client. | 0.10 | 225 | 22.50 |

Page 7
March 31, 2009
Victor Washington
General

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/09 | JMC | E-mail to Joyce and Jill. | 0.10 | | No Charge |
| 03/30/09 | JMC | Review medical records for privilege log. | 0.70 | 225 | 157.50 |
| 03/30/09 | JMC | Review and redact medical records for production. | 1.70 | | No Charge |
| 03/30/09 | JMC | Prepare supplemental discovery responses. | 2.40 | 225 | 540.00 |
| 03/31/09 | JMC | Review requests for production and responsive documents; prepare letter to opposing counsel. | 1.40 | 225 | 315.00 |
| 03/31/09 | JMC | Prepare privilege log. | 0.70 | 225 | 157.50 |
| 03/31/09 | JMC | Conference with client. | 0.10 | 225 | 22.50 |
| 03/31/09 | JMC | Prepare for conference with client. | 0.40 | 225 | 90.00 |
| 03/31/09 | JMC | Conference with Joyce. | 0.20 | 225 | 45.00 |
| | | Total for Jillian M. Cutler | 24.80 | | 4,072.50 |
| Jill Potter | | | | | |
| 03/25/09 | JP | Review medical records to create treatment tables and compare to list of records requested by client. | 2.50 | 100 | 250.00 |
| 03/31/09 | JP | Review documents regarding redaction and confidential information; prepare privilege log for Jillian M. Cutler review. | 1.30 | 100 | 130.00 |
| | | Total for Jill Potter | 3.80 | | 380.00 |
| | | Total Professional Services | 42.20 | | $ 8,367.50 |

Costs and Disbursements

| 03/04/09 | ABC Legal Messengers | 9.50 |
|---|---|---|
| 03/31/09 | Photocopy Charges | 175.05 |
| | Total Costs and Disbursements | $   184.55 |

Page 8
March 31, 2009
Victor Washington
General

TOTAL NEW CHARGES                                                           $ 8,552.05

SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $ 4,758.00 |
| Total New Charges | 8,552.05 |
| Payments and Credits | 0.00 |
| *** **PLEASE PAY THIS AMOUNT** ** | **$ 13,310.05** |

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
          WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

April 30, 2009

Victor Washington                                                    Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                      $ 13,310.05

Professional Services

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Michael C. Subit** |  |  |  |  |  |
| 04/16/09 | MCS | Meeting with Joyce L. Thomas and client; conference with Joyce L. Thomas. | 0.80 | 300 | 240.00 |
| 04/20/09 | MCS | Conference with Joyce L. Thomas (2x). | 0.40 | 300 | 120.00 |
|  |  | Total for Michael C. Subit | 1.20 |  | 360.00 |
| **Joyce L Thomas** |  |  |  |  |  |
| 04/01/09 | JLT | Debrief with Jillian M. Cutler regarding deposition preparation of plaintiff. | 0.30 | 350 | 105.00 |
| 04/03/09 | JLT | Telephone conference with client; review e-mail from client; conference with Jillian M. Cutler regarding document review and analysis of Starbuck's responses to plaintiff's requests for production. | 0.30 | 350 | 105.00 |
| 04/06/09 | JLT | Review e-mail from client; conference with Jillian M. Cutler; review and respond to e-mail from Jillian M. Cutler. | 0.20 | 350 | 70.00 |
| 04/07/09 | JLT | Review and respond to e-mail from client. | 0.10 |  | No Charge |
| 04/07/09 | JLT | Conference with Jillian M. Cutler regarding deposition preparation session with client. | 0.20 | 350 | 70.00 |

Page 2
April 30, 2009
Victor Washington
General

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/08/09 | JLT | Review and respond to e-mail from client; review e-mail from Jillian M. Cutler. | 0.10 | 350 | 35.00 |
| 04/14/09 | JLT | Review and analyze plaintiff's second supplemental responses to defendant's first set of requests for production of documents; review and analyze privilege log from defendant's counsel; deposition preparation with client; conference with Jillian M. Cutler. | 1.60 | 350 | 560.00 |
| 04/15/09 | JLT | Prepare e-mail to client; review e-mail from client. | 0.10 | | No Charge |
| 04/15/09 | JLT | Review and respond to client's e-mail. | 0.10 | 350 | 35.00 |
| 04/16/09 | JLT | Review e-mail from client; conference with legal assistant; conference with Jillian M. Cutler; conference with Mike Subit; prepare for meeting with client; conference with client; review and respond to e-mail from Jeff Hollingsworth; prepare e-mail to client; review and analyze documents received from defense counsel; phone conference with client; telephone call with client. | 4.40 | 350 | 1,540.00 |
| 04/17/09 | JLT | Defend client's deposition; debrief with client; conference with Jillian M. Cutler regarding mediation preparation. | 8.70 | 350 | 3,045.00 |
| 04/20/09 | JLT | Review and analyze e-mail from client and legal assistant; conference with legal assistant; conference with Mike Subit. | 0.40 | 350 | 140.00 |
| 04/20/09 | JLT | Conference with legal assistant; prepare e-mail to client; review e-mail from legal assistant; review and analyze subpoena to Prev. employer review e-mail from Jeff Hollingsworth; mediation preparation. | 2.80 | 350 | 980.00 |
| 04/21/09 | JLT | Review e-mail from client; review voice mail from client; phone conference with client; conference with legal assistant; prepare e-mail to legal assistant; phone conference with Thao Tiedt's legal assistant, Marcia Jacobson; prepare e-mail to Marcia Jacobson; review voice mail from Rick Lentini; telephone call to Rick | 3.80 | 350 | 1,330.00 |

Page 3
April 30, 2009
Victor Washington
General

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Lentini; phone conference with Rick Lentini; mediation preparation; prepare e-mail to client; prepare e-mail to Jeff Hollingsworth. | | | |
| 04/22/09 | JLT | Review e-mail from client; phone conference with client; prepare notes to file; conference with Jillian M. Cutler; review and analyze documents from client regarding <sup>Prev. employer</sup> and Attorney Jon MacLeod; review and analyze documents regarding client's job search, mitigation efforts; prepare e-mail to Rick Lentini; legal research; conference with legal assistant; phone conference with Rick Lentini; review e-mail from Rick Lentini. | 5.70 | 350 | 1,995.00 |
| 04/23/09 | JLT | Conference with legal assistant; conference with Jillian M. Cutler; prepare e-mail to client; review and revise mediation statement (4x); prepare correspondence to mediator; telephone call to client; review e-mail from client; phone conference with client; revise correspondence to mediator; review and analyze relevant documents in client's file; mediation preparation; review defendant's mediation statement. | 4.10 | 350 | 1,435.00 |
| 04/24/09 | JLT | Conference with Jillian M. Cutler; phone conference with Mediator Cogan; phone conference with client; conference with legal assistant; review e-mail from client and legal assistant; review and analyze docket and all documents in Ritz Furniture case and Associated Credit Service case for King County District Court; prepare e-mail to client; review and analyze documents from <sup>Prev. employer</sup> counsel, Rick Lentini. | 3.20 | 350 | 1,120.00 |
| 04/27/09 | JLT | Review e-mail from client; mediation preparation; prepare e-mail to client; conference with legal assistant. | 0.80 | 350 | 280.00 |
| 04/28/09 | JLT | Attend mediation; prepare notes to file. | 9.60 | 350 | 3,360.00 |
| 04/28/09 | JLT | Attend mediation; prepare notes to file. | 2.00 | | No Charge |
| 04/29/09 | JLT | Prepare e-mail to client. | 0.10 | | No Charge |

Page 4
April 30, 2009
Victor Washington
General

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/30/09 | JLT | Prepare e-mail to Jeff Hollingsworth; review and respond to e-mail from Chelsea Peterson. | 0.10 | | No Charge |
| 04/30/09 | JLT | Prepare e-mail to client; review e-mail from Chelsea Peterson. | 0.10 | | No Charge |
| | | Total for Joyce L Thomas | 48.80 | | 16,205.00 |

Jillian M. Cutler

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/09 | JMC | Prepare for conference with client; review documents produced by Starbucks. | 2.00 | 225 | 450.00 |
| 04/01/09 | JMC | Conference with client to prepare for deposition. | 3.30 | 225 | 742.50 |
| 04/01/09 | JMC | Conference with Joyce regarding deposition preparation. | 0.30 | 225 | 67.50 |
| 04/02/09 | JMC | E-mail to Chelsea regarding signed medical records release. | 0.10 | | No Charge |
| 04/02/09 | JMC | Review documents produced by Starbucks. | 1.20 | 225 | 270.00 |
| 04/03/09 | JMC | Review documents produced by Starbucks. | 0.30 | 225 | 67.50 |
| 04/03/09 | JMC | Review e-mail from client; e-mail to client. | 0.10 | 225 | 22.50 |
| 04/06/09 | JMC | Review e-mails from client; prepare e-mail to client. | 0.10 | 225 | 22.50 |
| 04/06/09 | JMC | Review documents produced by defendant. | 1.60 | 225 | 360.00 |
| 04/06/09 | JMC | Review          records. | 0.10 | 225 | 22.50 |
| 04/06/09 | JMC | E-mails to client. | 0.10 | 225 | 22.50 |
| 04/06/09 | JMC | Telephone call from client; notes to file. | 0.20 | 225 | 45.00 |
| 04/06/09 | JMC | Review file; prepare for conference with client. | 1.20 | 225 | 270.00 |
| 04/07/09 | JMC | Conference with client to prepare for deposition. | 3.70 | 225 | 832.50 |
| 04/07/09 | JMC | Review/revise letter to Dr      requesting records. | 0.10 | 225 | 22.50 |
| 04/08/09 | JMC | E-mail C. Peterson regarding privilege log; | 0.10 | 225 | 22.50 |

Page 5
April 30, 2009
Victor Washington
General

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | e-mail to Joyce. | | | |
| 04/09/09 | JMC | Prepare second supplemental responses to defendant's requests for production. | 0.20 | 225 | 45.00 |
| 04/09/09 | JMC | Telephone call from Chelsea Peterson regarding privilege log. | 0.10 | 225 | 22.50 |
| 04/12/09 | JMC | Review medical records and e-mail to Joyce and Jill. | 0.40 | 225 | 90.00 |
| 04/13/09 | JMC | Voice mail to C. Petersen regarding privilege log. | 0.10 | | No Charge |
| 04/13/09 | JMC | Prepare for conference with client. | 0.20 | 225 | 45.00 |
| 04/14/09 | JMC | Conference with client to prepare for deposition. | 3.60 | 225 | 810.00 |
| 04/14/09 | JMC | Mediation letter exhibits. | 0.50 | 225 | 112.50 |
| 04/16/09 | JMC | Review ESD documents and e-mail to Joyce. | 0.10 | 225 | 22.50 |
| 04/16/09 | JMC | Review medical records and e-mail to Joyce. | 0.10 | 225 | 22.50 |
| 04/16/09 | JMC | Conference with Joyce. | 0.20 | | No Charge |
| 04/16/09 | JMC | Telephone call to client. | 0.10 | 225 | 22.50 |
| 04/16/09 | JMC | Scan documents; e-mail to client. | 0.20 | | No Charge |
| 04/16/09 | JMC | Review documents received from Starbucks. | 0.40 | 225 | 90.00 |
| 04/17/09 | JMC | Attend deposition. | 6.40 | | No Charge |
| 04/17/09 | JMC | Conference with Joyce and client. | 0.80 | 225 | 180.00 |
| 04/22/09 | JMC | Review e-mails from client, Joyce Thomas, Jill Potter and Mike Subit. | 0.50 | 225 | 112.50 |
| 04/22/09 | JMC | Conference with Joyce regarding subpoena and case strategy. | 0.50 | 225 | 112.50 |
| 04/22/09 | JMC | Prepare mediation statement. | 4.10 | 225 | 922.50 |
| 04/23/09 | JMC | Prepare mediation letter. | 2.70 | 225 | 607.50 |

Page 6
April 30, 2009
Victor Washington
General

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/23/09 | JMC | Telephone call from client. | 0.10 | 225 | 22.50 |
| 04/23/09 | JMC | Review e-mail from client and revisions to mediation statement; conference with Joyce L. Thomas. | 0.40 | 225 | 90.00 |
| 04/24/09 | JMC | Conference with Joyce. | 0.60 | 225 | 135.00 |
| 04/24/09 | JMC | Telephone call with client. | 0.10 | 225 | 22.50 |
| 04/24/09 | JMC | Telephone conference with Joyce and Stew Cogan. | 0.30 | 225 | 67.50 |
| 04/24/09 | JMC | Review documents and defendant's mediation statement. | 0.50 | 225 | 112.50 |
| 04/28/09 | JMC | Attend mediation. | 8.50 | 225 | 1,912.50 |
|  |  | Total for Jillian M. Cutler | 46.20 |  | 8,820.00 |
| Jill Potter |  |  |  |  |  |
| 04/06/09 | JP | Internet research regarding Dr.          , and Dr.       ; telephone call to Dr. McCoy's office regarding Dr.          ; e-mails to Jillian M. Cutler regarding Drs. | 0.40 | 125 | 50.00 |
| 04/20/09 | JP | Telephone call to Sally Beehan regrding Dr.        records and send e-mail to client regarding obtaining Dr.          . records. | 0.20 | 125 | 25.00 |
| 04/20/09 | JP | Locate bate number records regarding work related stress per Jillian M. Cutler notes to be used as exhibits regarding mediation letter. | 0.20 | 125 | 25.00 |
|  |  | Total for Jill Potter | 0.80 |  | 100.00 |
|  |  | Total Professional Services | 97.00 |  | $ 25,485.00 |
| Costs and Disbursements |  |  |  |  |  |
| 04/15/09 |  | Telephone Charges |  |  | 0.94 |
| 04/24/09 |  | HealthPort - records from |  |  | 52.07 |

Page 7
April 30, 2009
Victor Washington
General

| | | Amount |
|---|---|---:|
| | | <u>Amount</u> |
| 04/30/09 | Fax Charges | 1.50 |
| | Photocopy Charges | <u>308.70</u> |
| | Total Costs and Disbursements | $   363.21 |
| **TOTAL NEW CHARGES** | | $ 25,848.21 |
| **PAYMENTS AND CREDITS** | | |
| 04/01/09 | Payment Received - Thank You | <u>-8,000.00</u> |
| | Total Payments and Credits | $ -8,000.00 |

SUMMARY OF ACCOUNT

| | |
|---|---:|
| Balance Forward | $ 13,310.05 |
| Total New Charges | 25,848.21 |
| Payments and Credits | <u>-8,000.00</u> |
| *** **PLEASE PAY THIS AMOUNT** ** | <u>**$ 31,158.26**</u> |

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

May 31, 2009

Victor Washington                                                      Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                                  $ 31,158.26

Professional Services

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Joyce L Thomas** | | | | | |
| 05/01/09 | JLT | Prepare e-mail to Chelsea Petersen; phone conference with Chelsea Petersen; prepare e-mail to client. | 0.10 | | No Charge |
| 05/04/09 | JLT | Brief review of draft settlement agreement; prepare e-mail to Jillian M. Cutler. | 0.10 | 350 | 35.00 |
| 05/04/09 | JLT | Review e-mail from Jillian M. Cutler; respond to e-mail. | 0.10 | 350 | 35.00 |
| 05/05/09 | JLT | Conference with Jillian M. Cutler; review and respond to e-mail from Jillian M. Cutler. | 0.10 | 350 | 35.00 |
| 05/06/09 | JLT | Review e-mails (2) from client; conference with Jillian M. Cutler and Mike Subit; review and edit motion to withdraw and proposed order; conference with legal assistant. | 0.40 | | No Charge |
| 05/06/09 | JLT | Review voice mail from Margaret Boyle; phone conference with Margaret Boyle. | 0.10 | | No Charge |
| | | Total for Joyce L Thomas | 0.90 | | 105.00 |
| **Jillian M. Cutler** | | | | | |
| 05/04/09 | JMC | Review settlement agreement and prepare e-mail to Joyce L. Thomas. | 0.60 | 225 | 135.00 |

Page 2
May 31, 2009
Victor Washington
General

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/09 | JMC | Review e-mail from Joyce L. Thomas; e-mail to client. | 0.10 | 225 | 22.50 |
| 05/05/09 | JMC | Revise settlement agreement. | 0.20 | 225 | 45.00 |
| 05/05/09 | JMC | Voice mail to client. | 0.10 | 225 | 22.50 |
| 05/06/09 | JMC | Conference with Joyce; revise settlement agreement. | 0.10 | 225 | 22.50 |
| | | Total for Jillian M. Cutler | 1.10 | | 247.50 |
| | | Total Professional Services | 2.00 | $ | 352.50 |

Costs and Disbursements

| | | Amount |
|---|---|---|
| 05/04/09 | ABC Legal Messengers | 79.50 |
| 05/05/09 | Parking for mediation. | 29.00 |
| 05/18/09 | Westlaw Charges - Legal research (internet) | 63.50 |
| 05/31/09 | Photocopy Charges | 1.20 |
| | Total Costs and Disbursements | $   173.20 |

TOTAL NEW CHARGES                                    $   525.70

## SUMMARY OF ACCOUNT

| | |
|---|---|
| Balance Forward | $ 31,158.26 |
| Total New Charges | 525.70 |
| Payments and Credits | 0.00 |
| *** **PLEASE PAY THIS AMOUNT** ** | $ 31,683.96 |

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD

FRANK FREED SUBIT & THOMAS, LLP
Attorneys at Law
705 Second Avenue, Suite 1200
Seattle, WA  98104-1729
(206)682-6711
91-1724149

June 30, 2009

Victor Washington                                                Our File:  3631.00
219 NW 196th Place
Shoreline, WA  98177

---

Previous Balance Due                                             $ 31,683.96

TOTAL NEW CHARGES                                                $     0.00

SUMMARY OF ACCOUNT

Balance Forward               $ 31,683.96
Total New Charges                    0.00
Payments and Credits                 0.00

*** PLEASE PAY THIS AMOUNT **      $ 31,683.96

Any payments received or expenses incurred on or after the statement
date will appear on next month's statement.  PLEASE DO NOT PAY UNLESS
BALANCE DUE IS $10.00 or more.
WE NOW ACCEPT VISA AND MASTERCARD